COPY

STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

TRACY A. HINO
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone:    541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 15 2000

at 10 o'clock and ___ min ___ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     vs.<br><br>PULEMAU FAITAU and          (01)<br>ANDREW BURTON, JR.,          (02)<br><br>                    Defendants | CR. NO. CR00-00444SOM<br><br>INDICTMENT<br><br>21 U.S.C. §§ 841(a)(1),<br>841(b)(1)(B) |

INDICTMENT

COUNT 1

The Grand Jury charges that:

On or about November 1, 2000, within the District of

Hawaii, PULEMAU FAITAU did knowingly and intentionally possess

with intent to distribute and distribute five (5) grams or more

of cocaine base, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections

841(a)(1) and 841(b)(1)(B).

## COUNT 2

The Grand Jury further charges that:

On or about November 1, 2000, within the District of Hawaii, ANDREW BURTON, JR. did knowingly and intentionally possess with intent to distribute five (5) grams or more of cocaine base, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 3

The Grand Jury further charges that:

On or about November 1, 2000, within the District of Hawaii, PULEMAU FAITAU did knowingly and intentionally possess with intent to distribute five (5) grams or more of cocaine base, a Schedule II controlled substance.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

DATED: _Nov 15 2000_, 2000 at Honolulu, Hawaii.

A TRUE BILL

/S/
_____
FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
TRACY A. HINO
Assistant U.S. Attorney

USA v. Pulemau Faitau and Andrew Burton, Jr.
"Indictment"

3