AO 442 (Rev. 10/03) Warrant for Arrest

ORIGINAL                                    1105478

# UNITED STATES DISTRICT COURT
## District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 00-00444SOM(02) |
| ANDREW BURTON JR. | |

(Name and Address of Defendant)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 1 2007

at 1 o'clock and 46 min. P M
SUE BEITIA, CLERK

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST ANDREW BURTON JR. and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition, charging him or her with (brief description of offense)

ORDER TO SHOW CAUSE WHY SUPERVISION SHOULD NOT BE REVOKED

RECEIVED
2007 FEB -2 AM 9:00
U.S. MARSHALS SERVICE
HONOLULU, HI.

in violation of Title United States Code, Section(s).

| | |
|---|---|
| Sue Beitia | Clerk U.S. District Court |
| Name and Title of Issuing Officer | Title of Issuing Officer |
| [signature] | 02/01/07 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL      By: Susan Oki Mollway, United States District Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Honolulu, HI. | | |
| Date Received 2/2/07 | NAME AND TITLE OF ARRESTING OFFICER Arthur Oh / Duswn | SIGNATURE OF ARRESTING OFFICER [signature] |
| Date of Arrest 2/28/07 | | |