# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/5/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CR 00-00444SOM

CASE NAME:         USA vs. (02) Andrew Burton, Jr.

ATTYS FOR PLA:     Thomas Koenig
                   Merilee Lau (USPO)

ATTYS FOR DEFT:    02 Loretta Faymonville

INTERPRETER:

---

JUDGE:    Susan Oki Mollway        REPORTER:    Debra Chun

DATE:     3/5/2007                 TIME:        2:35 - 2:45

---

COURT ACTION:  EP: Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant (02) Andrew Burton, Jr. present and in custody.

Defendant admits to the 2 violations.

Court finds that there is sufficient evidence to support the violations and the defendant has not met the conditions of supervision.

Supervised release is revoked.

ADJUDGED:

Imprisonment: 8 Months.

Defendant advised of his right to appeal.

JUDICIAL RECOMMENDATION: FDC Honolulu.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.